UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3081 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| ROBERT M. KILTS, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 30th day of May, 2012, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 42). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On March 12, 2012, the Court entered a Preliminary Order of Forfeiture (Filing No. 25) pursuant to the provisions of Title 18, United States Code, Sections 2252A(a)(2) and 2253, based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States:

    a.    One white Apple MacBook laptop computer, model #A1181, with power cord;

    b.    One black Gateway desktop computer, model #DX4720-03, serial #PTG360X002835062792700;

    c.    One silver Apple Macbook Pro laptop, model #A1286, with power cord;

    d.    One silver Seagate external HD Free Agent, serial #NA0P003D;

    e.    One Western digital external HD, model #WD10000C033000, serial #WU2T12045916;

f. One Western digital external HD, model #WD7500P032, serial #WCAPT0285540;

g. One Western digital external HD, model #WD25001032, serial #WCANK540093;

h. Two each SanDisk Cruzer thumb drives 8 gb;

i. One Kingston Data Traveler thumb drive 4 gb;

j. One Lexar card reader with 8gb data card; and

k. 5 spindles of optical media discs.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 16, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on May 30, 2012 (Filing No. 41).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

1. One white Apple MacBook laptop computer, model #A1181, with power cord;

2. One black Gateway desktop computer, model #DX4720-03, serial #PTG360X002835062792700;

3. One silver Apple Macbook Pro laptop, model #A1286, with power cord;

4. One silver Seagate external HD Free Agent, serial #NA0P003D;

5. One Western digital external HD, model #WD10000C033000, serial #WU2T12045916;

6. One Western digital external HD, model #WD7500P032, serial #WCAPT0285540;

7. One Western digital external HD, model #WD25001032, serial #WCANK540093;

8. Two each SanDisk Cruzer thumb drives 8 gb;

9. One Kingston Data Traveler thumb drive 4 gb;

10. One Lexar card reader with 8gb data card; and

11. 5 spindles of optical media discs.

C. The properties described above, be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said properties in accordance with law.

DATED this 30th day of May, 2012.

**BY THE COURT:**

*Richard G. Kopf*

**RICHARD G. KOPF, Senior Judge**
**United States District Court**